

**U. S. Department of Justice**

**ROBERT J. HIGDON, JR.**
United States Attorney
Eastern District of North Carolina

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

DATE: March 6, 2018

TO: ✓Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.,
United States Attorney

ATTN OF: Jake D. Pugh,
Assistant United States Attorney

SUBJECT: United States v. Edward Jay Wass
No. 7:18-CR-45-1BO  - Southern Division

Please issue an arrest warrant for the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office