UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-45-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JAY WASS | NOTICE OF APPEARANCE |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

    Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

JACOB D. PUGH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on March 26, 2018, using the CM/ECF system which will send notification of such filing to the above.

    Respectfully submitted this 26th day of March, 2018.

                                         LOUIS C. ALLEN
                                         Acting Federal Public Defender

                                         ***/s/ Halerie Mahan***
                                         HALERIE MAHAN
                                         Assistant Federal Public Defender
                                         Attorney for Defendant
                                         Office of the Federal Public Defender
                                         150 Fayetteville Street, Suite 450
                                         Raleigh, North Carolina 27601
                                         Telephone: 919-856-4236
                                         Fax: 919-856-4477
                                         E-mail: Halerie_Mahan@fd.org
                                         N.C. State Bar No. 43030
                                         LR 57.1 Counsel
                                         Appointed