```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                          SOUTHERN DIVISION

                         No. 7:18-cr-45-BO
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| EDWARD JAY WASS | ) | |
| | ) | |

Notice is hereby given that the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, appeals to the United States Court of Appeals for the Fourth Circuit from the order entered by the District Court on July 6, 2018.

Respectfully submitted this 2nd day of August, 2018.

```
                         ROBERT J. HIGDON, JR.
                         United States Attorney



              BY:  /s/ Jennifer P. May-Parker
                   JENNIFER P. MAY-PARKER
                   Assistant United States Attorney
                   310 New Bern Avenue
                   Suite 800, Federal Building
                   Raleigh, North Carolina 27601-1461
                   Telephone: 919-856-4530
```

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

    Halerie F. Mahan
    Office of the Federal Public Defender

                                    /s/ Jennifer P. May-Parker
                                    JENNIFER P. MAY-PARKER
                                    Assistant United States Attorney