UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-45-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| EDWARD JAY WASS | |

This matter is before the Court on an unopposed Motion by the Office of the Federal Public Defender to continue the arraignment and trial. For good cause shown, the motion is GRANTED. It is hereby ORDERED that the arraignment and trial in this matter shall be set for the ~~September~~ November Two 2020 term of court.

The Court has determined that the ends of justice outweigh the interests of the defendant and the public in a speedy trial. Any delay occasioned by the extension and any continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This 24 day of August, 2020.

Terrence Boyle
TERRENCE W. BOYLE
Chief United States District Judge